```
ALBERT GIANG, SBN 224332
   agiang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
```

*Attorneys for Defendants TikTok Inc. and ByteDance Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J.M. and D.M.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BYTEDANCE INC.; TIKTOK INC.; SNAP, INC.,<br><br>   Defendants. | CASE NO.: 3:22-cv-04533-MMC<br><br>**DEFENDANT BYTEDANCE INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Date Filed:   August 5, 2022<br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor<br>Trial Date:   Not set |

The undersigned counsel of record for Defendant ByteDance Inc. furnishes the following in compliance with Federal Rule of Civil Procedure 7.1:

Defendant ByteDance Inc. is a wholly owned subsidiary of ByteDance Ltd., a privately held corporation. No public entity owns 10 percent or more of the stock of ByteDance Inc. or ByteDance Ltd.

---

DEFENDANT BYTEDANCE INC.'S CORPORATE DISCLOSURE STATEMENT | CASE NO. 3:22-cv-04533-MMC

| | |
|---|---|
| Dated: September 2, 2022 | KING & SPALDING LLP |
| | By  */s/ Albert Giang* |
| | Albert Giang |
| | ALBERT GIANG, SBN 224332 |
| | agiang@kslaw.com |
| | 633 West Fifth Street, Suite 1600 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| | Facsimile: (213) 443-4310 |
| | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |